IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,     No. 2:06-cv-2855-MCE-EFB-PS

    Plaintiff,

  v.     <u>ORDER</u>

SACRAMENTO POLICE DEPT.,

    Defendant.
_____/

    On January 10, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.[1]

    Accordingly, the court presumes any findings of fact are correct. See <u>Orland v. U.S.</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See <u>Britt v. Simi Valley Unified Sch. Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

///

---

[1] Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of her current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed January 10, 2007, are ADOPTED; and

2. Plaintiff's application to proceed in forma pauperis is denied; and

3. Plaintiff is granted thirty days in which to pay the filing fee of $350.00.

Dated: February 16, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2