IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

    Plaintiff,                      No. CIV S-06-2855 MCE EFB PS

    vs.

SACRAMENTO POLICE DEPT.,

    Defendant.                FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff's application to proceed *in forma pauperis* was denied on February 20, 2007. That order directed plaintiff to pay the filing fee of $350.00 within thirty days  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not paid the requisite filing fee.[1] Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, plaintiff may file written objections with

---

[1] Although it appears from the file that plaintiff's copy of the February 20, 2007, order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of her current address at all times.  Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1 the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and
2 Recommendations." Failure to file objections within the specified time may waive the right to
3 appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*
4 *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
5 DATED: April 19, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2