1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MIKA CHRISTINA ALFARO,                    No. 2:06-cv-02855-MCE-EFB-PS

12           Plaintiff,

13       v.                                     ORDER

14    SACRAMENTO POLICE DEPT.,

15           Defendant.

16    _____/

17       On April 20, 2007, the magistrate judge filed findings and recommendations herein which

18    were served on the parties and which contained notice that any objections to the findings and

19    recommendations were to be filed within ten days.  No objections were filed.

20       Accordingly, the court presumes any findings of fact are correct.  See Orland v. United

21    States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

22    reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

23    1983).

24       The court has reviewed the applicable legal standards and, good cause appearing,

25    concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

26    \\\\\

1

1       Accordingly, IT IS ORDERED that:

2       1.  The proposed Findings and Recommendations filed April 20, 2007, are ADOPTED;

3  and

4       2. This action is dismissed without prejudice.

5  Dated:  May 17, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE