IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

      Plaintiff,                      No. CIV S-06-2855 MCE EFB PS

      vs.

SACRAMENTO POLICE DEPARTMENT,

      Defendant.                 <u>ORDER</u>

_____/

      On August 10, 2007, plaintiff filed a document entitled "Declaration." This civil action was closed on May 18, 2007, when the case was dismissed and judgment was entered. Plaintiff's recent filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded. Plaintiff is advised that the court will disregard and issue no response to any future filings in this closed case.

      IT IS SO ORDERED.

DATED: August 15, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE