IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

        Plaintiff,                    No. CIV S-06-2855 MCE EFB PS

    vs.

SACRAMENTO POLICE DEPARTMENT,

                                ORDER

        Defendant.

_____/

    On August 17, 2007, this court filed an order advising plaintiff that this case was closed and that any further filings would be placed in the file and disregarded.

    On February 19, 2008, plaintiff filed a document with this case number on it, but which indicated that she needed a new case number for a complaint involving a different defendant and expressing confusion on whether she must pay the filing fee or file an *in forma pauperis* application with the complaint.

    Accordingly, it is hereby ORDERED that:

    1. The Clerk is directed to copy document no. 19 from the above-captioned case;

    2. The Clerk shall randomly assign a district judge and direct assign the undersigned as the magistrate judge and open a new case;

////

1

3. The Clerk shall serve notice on plaintiff of the new case number assigned; and

4. The court shall thereafter make an appropriate order regarding the documents filed in the newly-opened case.

SO ORDERED.

DATED: February 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2