IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

    Plaintiff,                      No. CIV S-06-1809 GEB EFB PS

    vs.

U.S. BANK,

    Defendant.
_____/

MIKA CHRISTINA ALFARO,

    Plaintiff,                      No. CIV S-06-2855 MCE EFB PS

    vs.

SACRAMENTO POLICE DEPT.,

    Defendant.                      <u>ORDER</u>
_____/

    On February 22, 2008, plaintiff filed a letter in these closed cases asking if she could submit an *in forma pauperis* application because she is having problems with the Social Security Administration. These actions, which appear to have nothing to do with plaintiff's alleged problems with Social Security, were closed by orders dated December 5, 2006 and May 18, 2007, respectively. Plaintiff was advised by orders in both cases that any further filings would be placed in the files and disregarded.

The court is responding to plaintiff's latest filings only insofar as she appears to want to open an entirely new case. To the extent plaintiff wishes to file a new lawsuit, she must file a complaint with Clerk, who will assign the action a new case number, and otherwise comply with the Federal Rules of civil Procedure. Plaintiff is again informed that any further filings in closed cases assigned to the undersigned will not be construed as new complaints and will be placed in the file and disregarded.

SO ORDERED.

DATED: February 26, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2